UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARISELA GARCIA,<br><br>        Plaintiff,<br><br>v.<br><br>A-TEK, INC.,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:11-CV-2074-CAP |

### J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., United States District Judge on this court's order of July 19, 2011, and the court having found that plaintiff has failed to file a recast complaint as directed in said order, it is

**Ordered and Adjudged** that this action be **DISMISSED** for failure to obey a lawful order of this court pursuant to Local Rule 41.3(A)(3).

Dated at Atlanta, Georgia this 16th day of August, 2011.

                                                JAMES N. HATTEN
                                                CLERK OF COURT


                                            By: <u>s/Amanda Querrard</u>
                                                   Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   August 16, 2011
James N. Hatten
Clerk of Court

By: <u>s/Amanda Querrard</u>
      Deputy Clerk